EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>José A. Plaud González | 2012 TSPR 67<br><br>185 DPR ____ |

Número del Caso: TS-11,630

Fecha: 9 de abril de 2012

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  José A. Plaud González        TS-11,630

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de abril de 2012.

Examinada la *Moción Solicitando Reinstalación a la Práctica de la Abogacía*, se reinstala al Lcdo. José A Plaud González al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina